# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

JOSEPH FRANK GONZALES, JR.

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)**

CASE NUMBER:  08-PO-00104-DLW
U.S. MARSHAL NUMBER:  35511-013

BRIAN K. SCHOWALTER
(Defendant's Attorney)

**THE DEFENDANT:**  Plead guilty to Count 2 of the Criminal Complaint
.

**ACCORDINGLY,**  the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. 113(a)(5) and 1152 | Simple Assault, Committed in Indian Country | 02/23/08 | 2 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count 1 of the Criminal Complaint is dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

April 29, 2008
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

April 29, 2008
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 6 Months with credit for time served of 7 Days.

The court recommends that the Bureau of Prisons:

1. That the Defendant be allowed to serve his sentence at the La Plata County Jail in Durango, Colorado because the Court intends to **review** the progress of the Defendant **on a monthly basis** as to his attitude and whether or not he is taking advantage of the counseling programs offered to him at the La Plata County Jail.

**Defendant is scheduled for a review hearing on May 29, 2008 at 9:00 a.m. before the Magistrate Judge in Durango, Colorado.**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|-------|-----------|-----|------|-------------|
| 2 | $10.00 | 0 | $0.00 | $0.00 |
| **TOTALS** | $10.00 | | $0.00 | $0.00 |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Immediately.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment.